UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY MCNAIR,

              Plaintiff,

-against-

CITY OF NEW YORK, et al.,

              Defendants.

No. 15-CV-8915 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall confer and inform the Court no later than September 29, 2021 of the status of the action. Failure to do so could result in dismissal of this case, without prejudice, for failure to prosecute. See FED. R. CIV. P. 41(b). The Clerk of the Court shall mail a copy of this order to Mr. McNair at 2070 Seventh Ave #5S, New York, NY 10027.

**SO ORDERED.**

Dated:    September 24, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge