UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARRY MCNAIR,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

No. 15-CV-8915 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    This case is a member of consolidated case 15-CV-4006, which the Court dismissed in 2019.  Accordingly, the Clerk of the Court shall (1) close 15-CV-8915 and deny all pending motions as moot and (2) mail a copy of this order to Mr. McNair at 2070 Seventh Ave #5S, New York, NY 10027.

**SO ORDERED.**

Dated:    September 27, 2021
             New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1